# EXHIBIT A

# 36th District Court
421 Madison Street    Detroit, MI 48226

# Announcements

More Announcements

## Information Concerning the CDC Eviction Moratorium
Aug 04, 2021

Late this afternoon, the 36th District Court was informed that the CDC has re-classified Wayne County as an area under threat of "substantial" community transmission of COVID-19. As a result, both Wayne County and the City of Detroit now fall under the umbrella of the CDC's eviction moratorium. Effective immediately, no residential evictions will proceed for nonpayment of rent in the City of Detroit.

While the CDC order references the COVID-19 infection rates of counties, the City of Detroit is the largest city in Wayne County and the State of Michigan. While there has been some confusion regarding transmission levels and whether the eviction moratorium applied to Wayne County, it is clear that the new eviction moratorium was intended to protect the citizens of Detroit and Wayne County.

I would like to thank Congresswoman Rashida Tlaib for her leadership on this issue. Conflicting guidance created much confusion throughout the day as to whether the City of Detroit qualified for inclusion in the CDC's moratorium. Absent her efforts, it is unclear how many Detroit families would be facing imminent eviction from their homes at this moment.

The data provided in the CDC's Order shows a strong correlation between high eviction rates in "socially vulnerable" areas and elevated community transmission of COVID-19. This current eviction moratorium is forecasted to save an untold number of lives by ensuring that residents can remain in their homes as the delta variant continues to rapidly spread throughout the nation.

Despite the new eviction moratorium, landlords and tenants should still continue to seek financial assistance from the COVID-19 Emergency Rental Assistance (CERA) program. Tenants facing possible eviction should contact the Detroit Eviction Helpline at 866-313-2520 or www.DetroitEvictionHelp.com.

Please make sure to stay updated on this and any future efforts regarding evictions by visiting the Court's website at www.36thdistrictcourt.org.