# EXHIBIT B

August [illegible], 2021 at 10:[illegible]

Dear Court Officers,

The CDC has temporarily halted evictions through October 3, 2021. Pursuant to the new CDC order, you are hereby prohibited from conducting any evictions until further notice.

Please be advised that failure to comply with the order could subject you to a fine of up to $100,000 and a year in jail.

Thank you,
Chief Judge McCormick