# EXHIBIT C

# 36th District Court
421 Madison Street   Detroit, MI 48226

# Announcements

More Announcements

## Eviction Moratorium Update
Aug 06, 2021

On August 4, 2021, it was determined that the CDC had eventually classified Wayne County as an area under threat of "substantial" community transmission of COVID-19. As a result, both Wayne County and the City of Detroit are now included in the CDC's latest eviction moratorium. Consequently, no residential evictions will proceed for nonpayment of rent in the City of Detroit when a CDC declaration order has been provided by the tenant to the landlord as detailed in the CDC's August 3, 2021, order temporarily halting residential evictions in counties with heightened levels of COVID-19 community transmission.

Any tenant who previously provided a CDC declaration and is still present in a rental property is still entitled to the protections of the eviction moratorium. Nothing in the order prevents the eviction of a tenant for 1) engaging in criminal activity on the premises, 2) threatening the health and safety of other residents, 3) damaging or posing an immediate and significant risk of damage to property, 4) violating any applicable building code, health ordinance or similar regulation relating to health and safety; or 5) violating any other contractual obligation, other than the payment of rent or similar housing related payments.

Once again, I would like thank Congresswoman Rashida Tlaib for her efforts that ensured the City of Detroit received the protection of this latest CDC eviction moratorium. She was, and continues to be, instrumental in the fight to protect Detroit families from the ravages of COVID-19 and its resulting economic and social hardships.

Despite the new eviction moratorium, landlords and tenants should still continue to seek financial assistance from the COVID-19 Emergency Rental Assistance (CERA) program. Tenants facing possible eviction should contact the Detroit Eviction Helpline at 866-313-2520 or www.DetroitEvictionHelp.com. Litigants (tenants and landlords) must still attend any court hearings for which they are scheduled. Please note that court hearings are being conducted virtually.

Please make sure to stay updated on this and any future efforts regarding evictions by visiting the Court's website at www.36thdistrictcourt.org.