# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHGIAN
# SOUTHERN DIVISION

| | |
|---|---|
| JPA HOLDINGS, LLC, a Michigan Limited Liability Company, and SANDEEP GOSAL on behalf of themselves and other similarly situated, | ) ) ) ) ) ) |
| Plaintiff, | ) Case No. 21-11884 ) Hon: MATTHEW F. LEITMAN |
| v | ) ) |
| | ) **CLASS ACTION** |
| The 36th District Court, a District Court for the State of Michigan and Honorable William McConico, in his capacity as the Chief Judge of the 36th District Court, | ) ) ) ) ) ) |
| Defendants. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

The undersigned hereby appears on behalf of Plaintiffs in the above entitled matter and requests notice by email only.

Respectfully submitted by:
THE LAW OFFICES OF AARON D. COX, PLLC
Co-Counsel for Plaintiff
23820 Eureka Rd.
Taylor, MI 48180
734-287-3664
**/s/ Aaron D. Cox, Esq.**
By: Aaron D. Cox (P69346)
aaron@aaroncoxlaw.com