UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JPA HOLDINGS, LLC, et al.,

     Plaintiffs,                         Case No.: 21-cv-11884
                                          Hon. Matthew F. Leitman

v.

36TH DISTRICT COURT, et al.,

     Defendants.

---

## STIPULATION TO DISMISS DEFENDANTS
## WITH PREJUDICE AND WITHOUT COSTS

IT IS HEREBY STIPULATED by the parties, by and through their undersigned counsel, that Plaintiffs agree to dismiss Defendants, 36th District Court and Hon. William C. McConico with prejudice from this action on all counts and without costs;

WHEREFORE, the undersigned parties, through their respective counsel, hereby stipulate to the above Stipulation and waive notice and entry of presentment thereof.

THE LAW OFFICES OF
AARON D. COX, PLLC

/s/ Aaron D. Cox (w/permission)
AARON D. COX (P69346)
Co-Counsel for Plaintiffs
23380 Goddard Road
Taylor, MI 48180
(734) 287-3665


MARK K. WASVARY, PC

/s/ Mark K. Wasvary (w/permission)
MARK K. WASVARY (P51575)
Co-Counsel for Plaintiffs
2401 W. Big Beaver Rd., Suite 100
Troy, MI 48084
(248) 649-5667

ALLEN BROTHERS, PLLC

/s/ Lindsey R. Johnson
LINDSEY R. JOHNSON (P67081)
JAMES P. ALLEN, SR. (P52885)
Attorneys for Defendants
401 N. Main Street, First Floor
Royal Oak, MI 48067
(248) 951-9060


CALLAHAN LAW, PC

/s/ Kevin J. Callahan (w/permission)
KEVIN J. CALLAHAN (P78273)
Co-Counsel for Plaintiffs
25600 Woodward Ave., Suite 214
Royal Oak, MI 48067
(313) 989-0003

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

JPA HOLDINGS, LLC, et al.,

  Plaintiffs,        Case No.: 21-cv-11884
             Hon. Matthew F. Leitman

v.

36TH DISTRICT COURT, et al.,

  Defendants.

---

## ORDER DISMISSING DEFENDANTS
## WITH PREJUDICE AND WITHOUT COSTS

Pursuant to the below stipulation:

WHEREFORE, it is hereby ORDERED that Defendants 36th District Court and Honorable William C. McConico are DISMISSED WITH PREJUDICE and WITHOUT COSTS.

IT IS SO ORDERED.

       /s/Matthew F. Leitman
       MATTHEW F. LEITMAN
       UNITED STATES DISTRICT JUDGE

Dated:  February 8, 2022